# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

134796

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE EMERSON OLLIE, Minor.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY, and
OAKLAND COUNTY PROSECUTOR'S OFFICE,
      Petitioners-Appellees,

v

KATHERINE OLLIE, a/k/a KATHERINE
FESSLER,
      Respondent-Appellant.

_____/

SC: 134796
COA: 269029
Oakland CC
Family Division: 99-616811-NA

     On order of the Court, the application for leave to appeal the June 14, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk

s0918